UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIESHA RENA WILLIAMS,

     Plaintiff,

v.

GLOBAL LENDING SERVICES,
LLC, et al.

     Defendants.

Case No. 25-cv-14069

Honorable Robert J. White

## JUDGMENT

The Court has dismissed the complaint without prejudice.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby granted for defendant and against plaintiff. Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT


By:_s/Tara Villereal_____
     Deputy Clerk

April 24, 2026

Approved:_s/Robert J. White_____
     Robert J. White
     United States District Judge